IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 NOV 22 PM 5:11

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

KEEFE ALSOBROOK, JAY A. IRVIN,
JIMMY JENKINS, AND HERMAN LEWIS,

    Plaintiff,

vs.                                                No. 05-2766-MI P

OVERNITE TRANSPORTATION COMPANY,

    Defendant.

## JPM [PROPOSED] ORDER GRANTING MOTION TO ADMIT THOMAS R. BRICE *PRO HAC VICE*

Before the Court is the Motion to Admit Thomas R. Brice *Pro Hac Vice*. Mr. Brice is a member in good standing of the bar of the State of Florida and is admitted to practice before the United States District Court for the Middle District of Florida. Mr. Brice has obtained, and is familiar with, the Local Rules and Professional Guidelines of this Court. For good cause shown, the Motion is granted and Thomas R. Brice is admitted to participate in this action as counsel for Defendant.

It is so ORDERED this 22 day of Nov., 2005.

Jon P. McCalla
United States District Judge

Date_____

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02766 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Thomas R. Brice
MCGUIREWOODS, LLP
50 No. Laura St.
Ste. 3300
Jacksonville, FL 32202--366

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT